In the Matter of the Estate of FERDINAND WEINMANN, Deceased. FREDERICK WALZ, Appellant; Public Administrator of Kings County et al., Respondents.— Appeal by petitioner from a decree of the Surrogate's Court of Kings County, vacating a prior decree of that court which granted ancillary letters of administration to petitioner, suspending the designation of petitioner to receive ancillary letters pending the duration of the war, and awarding ancillary letters of administration *c. t. a.* to the Public Administrator of Kings County. Decree unanimously affirmed, with costs to the Public Administrator of Kings County, payable out of the estate. No opinion. Close, P. J., Carswell, Adel and Aldrich, JJ., concur; Hagarty, J., concurs on the ground that the granting of ancillary letters of administration to the Public Administrator was within the discretion of the court. (Surrogate's Ct. Act, § 161.) [181 Misc. 511; *post*, p. 802.]

HARRY R. KRAUSE, Respondent, v. 1314 AVENUE K REALTY Co., INC., Appellant, et al., Defendants.— In an action to recover damages for personal injuries, judgment in favor of the plaintiff unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ. [See *post*, p. 834.]

CHARLES MASHOLIE, on Behalf of Himself and All Other Stockholders of D. J. SALVATOR, INC., Similarly Situated, Respondent, v. PRESIDENT AND DIRECTORS OF MANHATTAN COMPANY, Appellant, et al., Defendants.— Order denying appellant's motion to dismiss plaintiff's second amended complaint affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Hagarty, Carswell, Johnston and Aldrich, JJ., concur.

WILLIAM R. MILLER, Respondent, v. COOSA COMPANY, Appellant.— Action to recover damages for breach of a contract for the sale and purchase of real property. In the Municipal Court of the City of New York, Borough of Brooklyn, summary judgment was granted to defendant on the ground that the action is barred by a judgment recovered against plaintiff by a third party in a dispossess proceeding. The Appellate Term reversed the order and judgment of the Municipal Court and denied the motion. Order of the Appellate Term unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.